UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AZZA M. MOHAMED and ABDELGALIL N. MUKHTAR,

                        Plaintiffs,

-against-

PAMELA BONDI, et al.,

                        Defendants.

26-CV-01159 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) requesting that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated: February 13, 2026
       White Plains, New York

                                  SO ORDERED.

                                  *Jessica Clarke*

                                  JESSICA G. L. CLARKE
                                  United States District Judge